# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA; et seq.<br>Plaintiff (Petitioner)<br><br><br>v.<br><br><br>ANTHONY R. GRAY, ET AL,<br>Defendant (Respondent) | CASE and/or DOCKET No.: 16-06471<br><br>Sheriff's Sale Date: _____ |

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, ERIC AFFLERBACH, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party , and that I served ANTHONY R. GRAY the above process on the 14 day of February, 2017, at 12:20 o'clock, PM, at 127 W HARVEY ST PHILADELPHIA, PA 19144 , County of Philadelphia, Commonwealth of Pennsylvania:

**Manner of Service:**

☑    By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____  2) _____  3) _____

Commonwealth/State of _Pa_____    )
                                   ) SS:
County of _____Berks_____    )

Before me, the undersigned notary public, this day, personally, appeared _Eric Afflerbach_____ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-160060
Case ID #: 4814757

Subscribed and sworn to before me
this _12_ day of _Feb_ , 20 _17_ .

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Teresa Minzola, Notary Public
Washington Township, Berks County
My Commission Expires December 05, 2017

USPS Manifest Mailing System   P C O / BriHni A          Page   1

| Mailer's Name & Address<br>KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | Permit Number<br>123 | | | MAC Ver. Number<br>ConnectShip Progistics 6.5 | | |
| | Sequence Number<br>5844-1 | | | Class of Mail<br>Mixed | | |

| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES<br>Type | Postage | ES<br>Fee | Insurance<br>Amount | Due/<br>Sender | Total<br>Charge |
|---|---|---|---|---|---|---|---|
| 9171999991703800666147<br>9171999991703800666147 | GRAY, ANTHONY R.<br>127 W. Harvey St.<br>Philadelphia, PA 19144 | <br>ERR<br>C | 0.925 | <br>1.40<br>3.45 | | | 5.78 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Page Totals | 1 | | 0.93 | 4.85 | | | 5.78 |
| Cumulative Totals | 1 | | 0.93 | 4.85 | | | 5.78 |

USPS CERTIFICATION

Total Number Of Pieces Received_____

_____
Signature of Receiving Employee

Round Stamp_____

PS Form 3877 (Facsimile)

Extra Service Codes:
C        Certified
ERR      Return Receipt

Name and Address of Sender
**KML LAW GROUP, P.C.**
**SUITE 5000**
**701 MARKET STREET**
**PHILADELPHIA, PA**
**19106-1532**

Check type of mail or service;

☐ Certified    ☐ Recorded Delivery (International)
☐ COD    ☐ Registered
☐ Delivery Confirmation    ☐ Return Receipt for Merchandise
☐ Express Mail    ☐ Signature Confirmation
☐ Insured

Affix Stamp Here
(If issued as a
certificate of mailing,
or for additional copies
of this bill)
Postmark and
Date of Receipt

U.S. POSTAGE >> PITNEY BOWES

ZIP 19106   $ 001.35⁰
02 1W
0001391829 FEB 13. 2017

PHILA PA 19105
FEB 13 2017
USPS CONTINENTAL STATION

| Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | | | | |
| 2. | | | | | | | | | | | | |
| 3. | TO   **ANTHONY GRAY** **GRAY, ANTHONY R.** **127 W. Harvey St.** **Philadelphia, PA 19144** | | | | | | | | | | | |
| 4. | | | | | | | | | | | | |
| 5. | | | | | | | | | | | | |
| 6. | | | | | | | | | | | | |
| 7. | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | |

Total Number of Pieces Listed by Sender   ①

Total Number of Pieces Received at Post Office

Postmaster, Per (Name of receiving employee)

**See Privacy Act Statement on Reverse**

PS Form **3877**, February 2002 (Page 1 of 2)    **Complete by Typewriter, Ink, or Ball Point Pen**

USA-160060   Philadelphia County    Sale Date:

ANTHONY R. GRAY

RCO - Back to Brithni Agustin